# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2078
LT Case No. 2020-CA-0000305

———————————————

KACHINA STARR,

    Appellant,

    v.

FLORIDA HOSPITAL HEALTHCARE
PARTNERS, INC., d/b/a
Adventhealth Medical Group,
and KIZAHAKE KURIAN,

    Appellees.

———————————————

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Dinah Stein and Sharon R. Vosseller, of Hicks, Porter & Stein, P.A., Miami, for Appellees.

March 3, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____